JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0791 AG (MLGx) | Date | August 12, 2009 |
|---|---|---|---|
| Title | DEBRA C. HOOKEY v. INDYMAC BANK, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE

On July 14, 2009, this Court issued an order regarding pretrial matters. The Court ordered Plaintiff, within 10 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The July 14 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(July 14, 2009 Order at 1-2.)

Plaintiff has not filed the declaration required by the July 14 Order. Accordingly, this case is dismissed without prejudice.

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0791 AG (MLGx) | Date | August 12, 2009 |
|---|---|---|---|
| Title | DEBRA C. HOOKEY v. INDYMAC BANK, et al. | | |

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |